UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAY TELEVISION GROUP, INC.,<br><br>                              Plaintiff,<br><br>- against -<br><br>FOUND FOOTAGE FESTIVAL, LLC, NICK PRUEHER, and JOE PICKETT,<br><br>                              Defendants. | Case No. 17-cv-02232-MKB-SMG<br><br>**UNOPPOSED LETTER MOTION REQUESTING FIRST EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served:  April 19 and 20, 2017<br>Current Response Dates:  May 10 and 11, 2017<br>New Response Date:  May 19, 2017 |

Dear Judge Brodie:

      Defendants Found Footage Festival, LLC, Nick Prueher, and Joe Pickett (collectively the "Defendants") and Plaintiff Gray Television Group, Inc. (the "Plaintiff"), by and through their respective attorneys, hereby submit this unopposed letter motion requesting an extension of Defendants' current deadline to respond to Plaintiff's Complaint, which was filed on April 13, 2017.  (Dkt. No. 1.)  Plaintiff's served the Complaint on Defendants Found Footage Festival, LLC and Nick Prueher on April 20, 2017 and on Defendant Joe Pickett on April 19, 2017.  (Dkt. Nos. 9-11.)

      Defendants are requesting this uncontested extension because:  (1) Defendants' counsel filed an appearance yesterday, May 8, 2017; (2) Defendants' counsel has been summoned for jury duty; and (3) the additional time will allow ongoing settlement discussions.  Plaintiff agreed that it would not oppose an extension of the dates by which Defendants' must respond to the Complaint to May 19, 2017.  This is the first request to extend a deadline in this action.

Dated: May 9, 2017

        THE LAW OFFICES OF
        ANDERSON J. DUFF, PLLC
        *Attorneys for Defendants*

By:  /s/ Anderson J. Duff
     Anderson J. Duff
     244 5th Avenue, Suite 2230
     New York, New York 10001
     (T) (212) 996-4103
     (F) (212) 996-5863
     anderson@revisionlegal.com

HOLLAND & KNIGHT LLP
*Attorneys for Plaintiff*

Agreed to By:  /s/ Charles D. Tobin
     Charles D. Tobin
     800 17th Street, N.W. Suite 1100
     Washington, D.C. 20006
     (T) (202) 955-3000
     (F) (202) 955-5564
     charles.tobin@hklaw.com