## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

GRAY TELEVISION GROUP, INC.

                              Plaintiff,

   -against-

FOUND FOOTAGE FESTIVAL, LLC,
NICK PRUEHER, AND
JOE PICKETT,

                        Defendants.

Case No. 1:17-cv-2232-MKB-SMG

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION

Pursuant to Local Civil Rule 1.3 of this Court, please take notice that Charles D. Tobin, counsel for Plaintiff Gray Television Group, Inc., is no longer affiliated with the law firm of Holland & Knight LLP.  As of June 1, 2017, Mr. Tobin is affiliated with the law firm of Ballard Spahr LLP.  The change in contact information is as follows:

**OLD**
HOLLAND & KNIGHT LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
charles.tobin@hklaw.com

**NEW**
BALLARD SPAHR LLP
1909 K Street, N.W., 12th Floor
Washington, D.C. 20006-1157
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
tobinc@ballardspahr.com

Please update your records accordingly.

Mr. Tobin will continue to serve as counsel of record for Plaintiff.

Dated:  June 1, 2017

Respectfully  submitted,

BALLARD  SPAHR LLP

/s/ Charles  D. Tobin
Charles  D. Tobin
1909 K Street, N.W., 12th Floor
Washington,  D.C. 20006
Telephone:  (202) 661-2200
Facsimile:  (202) 661-2299
tobinc@ballardspahr.com

*Attorney for Plaintiff*
*Gray Television Group, Inc.*

## CERTIFICATE  OF SERVICE

I hereby certify that on June 1, 2017, I caused to be served a copy of the foregoing  upon

Defendants'  counsel of record Anderson  J. Duff by electronic  means through  the Court's ECF

system.

/s/ Charles  D. Tobin