UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GRAY TELEVISION GROUP, INC.,

                Plaintiff,

- against -

FOUND FOOTAGE FESTIVAL, LLC, NICK PRUEHER, and JOE PICKETT,

                Defendants.

Case No. 17-cv-02232-MKB-SMG

### DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

    Defendants Found Footage Festival, LLC ("Found Footage"), Nick Prueher ("Prueher"), and Joe Pickett ("Pickett"), move for partial summary judgment on Counts I (copyright infringement), II (fraud), and III (conspiracy) of Plaintiff's Complaint. Through Defendants' discovery productions and responses, the record now shows that Defendants are entitled to judgment as a matter of law under Rule 56 of the Fed. R. Civ. P.

    Defendants respectfully submit their Memorandum in Support of their Motion for Partial Summary Judgment and a Statement of Material Facts in Support of their Motion for Partial Summary Judgment in accordance with Local Rule 56.1.

Dated: October 3, 2017
New York, New York

                                  THE LAW OFFICES OF
                                  ANDERSON J. DUFF, PLLC
                                  *Attorneys for Defendants*

By: _____
       Anderson J. Duff
       244 5th Avenue, Suite 2230
       New York, New York 10001
       (t) 212.996.4103
       (f) 212.996.5863
       anderson@revisionlegal.com