# Ballard Spahr LLP

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Charles D. Tobin
Tel: 202.661.2218
Fax: 202.661.2299
tobinc@ballardspahr.com

January 31, 2018

**BY ECF**

Hon. Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Gray Television Group, Inc. v. Found Footage Festival, LLC, et al.*

Dear Judge Brodie:

The parties write to notify the Court that they have tentatively reached an agreement to resolve all claims in this case.  The parties, therefore, respectfully request adjournment of all calendar deadlines and hearings to allow them to finalize the settlement agreement.  The parties expect to have an executed settlement agreement and to file a Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by no later than February 9, 2018.

Respectfully submitted,

| THE LAW OFFICES OF<br>ANDERSON J. DUFF, PLLC<br>*Attorneys for Defendants* | BALLARD SPAHR LLP<br>*Attorneys for Plaintiff* |
|---|---|
| By: /s/ Anderson J. Duff<br>Anderson J. Duff<br>244 5th Avenue, Suite 2230<br>New York, New York 10001<br>(t) 212.996.4103<br>(f) 212.996.5863<br>anderson@revisionlegal.com | By: /s/ Charles D. Tobin<br>Charles D. Tobin<br>Adrianna C. Rodriguez (*admitted pro hac vice*)<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006-1157<br>(t) 202.661.2200<br>(f) 202.661.2299<br>tobinc@ballardspahr.com<br>rodriguezac@ballardspahr.com |