# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAY TELEVISION GROUP, INC., <br><br> Plaintiff, <br><br> -against- <br><br> FOUND FOOTAGE FESTIVAL, LLC, NICK PRUEHER, AND JOE PICKETT, <br><br> Defendants. | Case No. 1:17-cv-2232-MKB-SMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-captioned action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 9, 2018                           Respectfully submitted,

THE LAW OFFICES OF                                BALLARD SPAHR LLP
ANDERSON J. DUFF, PLLC

/s/ Anderson J. Duff                              /s/ Charles D. Tobin
Anderson J. Duff                                  Charles D. Tobin
244 5th Avenue, Suite 2230                        Adrianna C. Rodriguez (*admitted pro hac vice*)
New York, New York 10001                          1909 K St., N.W., 12th Floor
Telephone: (212) 996-4103                         Washington, D.C. 20006
Facsimile: (212) 9965863                          Telephone: (202) 661-2200
anderson@revisionlegal.com                        Facsimile: (202) 661-2299
                                                  tobinc@ballardspahr.com
*Attorney for Defendants*                         rodriguezac@ballardspahr.com

                                                  *Attorneys for Plaintiff*
                                                  *Gray Television Group, Inc.*